SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: 25-04862MB

☒ FILED  ☐ LODGED
**Apr 21 2025**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4/14/2025 | 4/17/25 @ 11:20am & @ | USMS & Rodriguez-Estrella |

**INVENTORY MADE IN THE PRESENCE OF**

ATF S/A Taylor Needleman

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

DNA swabs

## NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 4/18/2025

_____
Executing Officer's Signature

AMBER PACE S/A
Printed Name and Title